# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

Date: 8/26/15

In re:   Case No.:   15–21811 WIL     Chapter:   7

Michelle Carter
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Ch 7 Income Form 22A–1 due 09/08/2015** |
| CONSEQUENCE: | **If the problem is not cured by the date below,** **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |

This notice is issued pursuant to:   **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by <u>9/8/15</u>.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield  301–344–3326

cc:   Debtor(s)
Attorney for Debtor(s) – Frank Anthony Vitale

Form ntcddl (03/05)